John F. Campbell Co. v. Lawrence Ice Cream Co., 204 Ill. App. 299.

## Abstract of the Decision.

PARTNERSHIP, § 52*—*when evidence is insufficient to show.* Evidence held insufficient to show that certain defendants, appellants, were connected in any way, as partners or otherwise, with a certain detective agency, to an agent of which plaintiff paid a certain sum of money, in an action to recover such money.

## John F. Campbell Company, Appellee, v. Lawrence Ice Cream Company, Appellant.

### Gen. No. 22,718.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN COURTNEY, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917.

### Statement of the Case.

Action by John F. Campbell Company, a corporation, plaintiff, against Lawrence Ice Cream Company, a corporation, defendant, to recover the agreed price for two hundred barrels of sugar sold and delivered. From a judgment for plaintiff for $1,502.77, defendant appeals.

POPE HOIG, FULLER & LEE, for appellant.

NEWTON WYETH and BLAKE C. SMITH, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 516*—*when evidence is sufficient to show sale to corporation and not to officer.* In an action to recover the agreed

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

price for goods sold and delivered, evidence *held* to warrant the finding that the goods were ordered by telephone from the defendant's office for the defendant and not for the president of the defendant company, who was buyer for it and gave the order.

---

**E. F. Heywood, Jr., for use of Greenville Stone & Gravel Company, Appellee, v. Old Colony Trust & Savings Bank, Appellant.**

**Gen. No. 22,721. (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 12, 1917. Rehearing denied March 26, 1917. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by E. F. Heywood, Jr., for use of Greenville Stone & Gravel Company, a corporation, plaintiff, against Old Colony Trust & Savings Bank, a corporation, defendant, to recover the amount of a check drawn by the plaintiff upon his account in the defendant bank which the defendant refused to pay when same was presented. From a judgment for plaintiff for $1,632.53, defendant appeals.

The plaintiff was secretary of the Marsh Company, commission brokers in the purchase and sale of contractors' machinery and equipment, which negotiated for the Greenville Stone & Gravel Company a deal with the Village of Forest Park for the purchase of certain boilers for $1,500, less the cost of dismantling and loading the boilers, the Marsh Company's commission on the deal being $500. Checks by the beneficial plaintiff for these amounts were given to the Marsh